**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Melvin Omar ORTIZ, Defendant–
Appellant.**

No. 07–40336
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 20, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before KING, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Melvin Omar Ortiz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ortiz has filed a response. The record is insufficiently developed to allow consideration at this time of Ortiz's claims of ineffective assistance of counsel. *See United States v. Cantwell,* 470 F.3d 1087,

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

1091 (5th Cir.2006). Our independent review of the record, counsel's brief, and Ortiz's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be